**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2464**

———————

THOMAS T. WILLIAMS,

                                             Petitioner,

       versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR;
UNITED STATES STEEL MINING COMPANY,
INCORPORATED,

                                         Respondents.

———————

On Petition for Review of an Order of the Benefits Review Board.
(98-1422-BLA)

———————

Submitted: February 22, 2000       Decided: March 7, 2000

———————

Before WILKINS, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas T. Williams, Petitioner Pro Se. Ronald Eugene Gilbertson,
KILCULLEN, WILSON & KILCULLEN, Washington, D.C.; Christian P.
Barber, Helen Hart Cox, Jill M. Otte, UNITED STATES DEPARTMENT OF
LABOR, Washington, D.C., for Respondents.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas T. Williams seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1999). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Williams v. U. S. Steel Mining Co., BRB 98-1422-BLA (B.R.B. Sept. 28, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED